## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROMON LAMONT DOBBINS,     )
                                        )
                Petitioner,    )
                                          )
vs.                                 )     Case No. CIV-17-521-M
                                          )
JOE M. ALLBAUGH,          )
                                          )
               Respondent.   )

## ORDER

On October 25, 2017, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's Petition for Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by November 13, 2017. On November 9, 2017, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1)    ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on October 25, 2017, and

(2)    DENIES petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 15th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE